**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY N. THOMPSON, | No. C 12-040 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TENDERLOIN POLICE DEPT., | |
| Defendant. / | |

This action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 19, 2012

_____
SUSAN ILLSTON
United States District Judge